# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| **In re:** | Chapter 11 |
| | Case No. 18-50784 |
| LYNWOOD HOLDINGS INC., et al.,[1] | Jointly Administered |
| A VIRGINIA CORPORATION | |
| | Judge Rebecca Connelly |
| LYNWOOD HOLDINGS INC., | |
| A VIRGINIA CORPORATION | |
| | |
| and | |
| | |
| LYNWOOD HOLDINGS, INC., | |
| A WYOMING CORPORATION | |
| Plaintiffs | |
| | Adv. Proc. No. |
| v. | 19-05007 |
| | |
| JOHN CLARKE HOLMAN | |
| Defendant | |

## STIPULATION OF VOLUNTARY DISMISSAL

Come now Lynwood Holdings Inc., a Virginia corporation, and Lynwood Holdings, Inc. a Wyoming corporation, the Plaintiffs in the above referenced adversary proceeding, by undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41, and move to dismiss with prejudice the complaint against John Clarke Holman (the "**Defendant**"). As evidenced by the endorsement herein, the Defendant consents to the dismissal provided for herein.

---

[1] The Debtors in these Chapter 11 cases, along with each Debtor's federal tax identification number include: Lynwood Holdings, Inc. (52-2156109) and Lynwood Holdings Inc. (36-4917465). The location of the Debtors' principal place of business as of the petition date is 22 West Duck Street, Front Royal, Virginia 22630.

                                          Respectfully submitted,

                                          LYNWOOD HOLDINGS, INC.
                                          LYNWOOD HOLDINGS INC.

Dated: March 5, 2020              By: */s/ David N. Tabakin*
    Richmond, Virginia          Lynn L. Tavenner, Esquire (VSB No. 30083)
                                          ltavenner@tb-lawfirm.com
                                          Paula S. Beran, Esquire (VSB No. 34679)
                                          pberan@tb-lawfirm.com
                                          David N. Tabakin, Esquire (VSB No. 82709)
                                          dtabakin@tb-lawfirm.com
                                          Tavenner & Beran, PLC
                                          20 North 8th Street
                                          Richmond, Virginia 23219
                                          Telephone: (804) 783-8300
                                          Telecopier: (804) 783-0178

                                          *Counsel for the Debtors*

WE ASK FOR THIS:

JOHN CLARKE HOLMAN

/s/ *Robert H. Chappell III* (permission to affix signature received via email dated 03/04/2020)
Robert H. Chappell III, Esquire (VSB #31698)
M. F. Connell Mullins, Jr., Esquire (VSB #47213)
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100

    *Co-Counsel for John Clarke Holman*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on or before the 5th day of March 2020, a copy of the foregoing was served on all necessary parties.

                                          */s/ David N. Tabakin*
                                          Counsel to Debtors

Service List:

Robert H. Chappell III, Esquire
M. F. Connell Mullins, Jr., Esquire
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219


David N. Tabakin, Esquire
Tavenner & Beran, PLC
20 North 8th Street, 2nd Floor
Richmond, Virginia 23219